IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2022 OK 55
Case Number: SCBD-7261
Decided: 06/06/2022
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2022 OK 55, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2022 DUES
ORDER OF SUSPENSION FOR NONPAYMENT OF DUES
On May 24, 2022, the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of Oklahoma Bar Association members who failed to pay dues for the year 2022 as required by the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, §1. The Board of Governors recommended that the members whose names appear on the Exhibit A attached to the Application be suspended from membership in the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, as provided by the Rules, 5 O.S. 2011, ch. 1, app. 1, art. VIII, §2.
This Court finds that on April 15, 2022, the Executive Director of the Oklahoma Bar Association notified by certified mail all members delinquent in the payment of dues and/or expense charges to the Oklahoma Bar Association for the year 2022. The Board of Governors have determined that the members set forth in Exhibit A, attached hereto, have not paid their dues and/or expense charges for the year as provided in the Rules.
This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on Exhibit A, attached hereto, should be suspended from the Oklahoma Bar Association membership and shall not practice law in the State of Oklahoma until reinstated.
IT IS THEREFORE ORDERED that the attorneys named on Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to pay membership dues for the year 2022 as required by the Rules Creating and Controlling the Oklahoma Bar Association.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 6TH DAY OF JUNE, 2022.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.
 

 
EXHIBIT A
(DUES -- SUSPEND)
Joshua Joy Dara, OBA No. 21579
1521 Master Dr.
Pineville, LA 71360
Gordon Lynn Burch III, OBA No. 14986
3101 N.W. 21st St.
Oklahoma City, OK 73107-3009
Jonathan Charles Curth,
OBA No. 31442
5800 Granite Pkwy., Ste. 550
Plano, TX 75024
Lindsey Marie Everett, OBA No. 32227
5801 E. 41st St., Ste. 300
Tulsa, OK 74135
William Shawn Jefferson,
OBA No. 20250
210 Park Ave., Ste. 2125
Oklahoma City, OK 73102
Ronald Christopher Kaufman,
OBA No. 17657
1611 S. Utica Ave.
Tulsa, OK 74104
Pamela Jean Kimbrough,
OBA No. 12738
18 N.W. 35th St.
Lawton, OK 73505
Melissa Ann Lipe, OBA No. 19437
P.O. Box 3981
Edmond, OK 73083
Samuel Dean Ott, OBA No. 6813
18914 Thunder Ridge
Norman, OK 73072
Suzanne Reed Phillips, OBA No. 30213
2862 Valentia St.
Denver, CO 80238
Pamela M. Snider, OBA No. 14021
1523 N. Oklahoma Ave.
Shawnee, OK 74804-3848
Geoffrey Wood Storm, OBA No. 32204
1401 Lawrence St., Ste. 1800
Denver, CO 80202
Derek B. Norris, OBA No. 31673
1433 Rockland Ave.
Pittsburgh, PA 15216
Sherry Abbott Todd, OBA No. 13389
3062 S.E. 37th St.
Norman, OK 73072-8909
Kevin Mark Vincent, OBA No. 32210
4332 Royal Ridge Dr.
Dallas, TX 75225-5462
Jeri L. Jones, OBA No. 18084
1209 E. Boston St.
Broken Arrow, OK 74012
Marianne Shimanek Ratliff, OBA No. 11969
813 Landsdowne Dr.
Norman, OK 73072
Edward David Ellis, OBA No. 2691
101 W. Houston
Paris, TX 75460
La Mer Kyle-Griffiths, OBA No. 34103
567 E. 36th St. N
Tulsa, OK 74106
Johnnie Brent Baker, OBA No. 447
1811 Berring, Ste. 400
Houston, TX 77057
Michael W. Hinkle, OBA No. 4227
P.O. Box 6956
Edmond, OK 73083
Kathleen Therese Ralston,
OBA No. 19917
418 W. Juniper Dr.
Mustang, OK 73064
Norton Stewart Rosenthal,
OBA No. 12458
1505 Livingston Dr.
Plano, TX 75093
Gary Lynn Porter, OBA No. 14572
P.O. Box 20688
Oklahoma City, OK 73156-0688
Bartholomew William Nebergall,
OBA No. 32085
2200 Ross Ave., Ste. 2300
Dallas, TX 75201
Bill M. Roberts, OBA No. 7628
2233 W. Lindsey St., Ste. 100
Norman, OK 73069
Donald L. McCorkell, Jr., OBA No. 5909
979 Chelham Way
Montecito, CA 93103
Amanda Leigh Thrash, OBA No. 21844
15 West 6th St., Ste. 900
Tulsa, OK 74119
Ryan Steven Wiehl, OBA No. 32893
8211 E. Regal Pl., Ste. 100
Tulsa, OK 74133
Scott Andrew Rosiere, OBA No. 18455
2097 Red Oak Ln.
Liberty, MO 64068
Kimberly N. Clark, OBA No. 18335
One Plaza South, PMB 303
Tahlequah, OK 74464
Lance Alan Felactu, OBA No. 16491
21456 Lynn Dr.
Lexington Park, MD 20653
Krystal J. Godines Camarillo,
OBA No. 32234
1040 W. Boyd St.
Norman, OK 73069
Jessica Justine Scruggs,
OBA No. 30423
3621 Meadow Lark Lane
Oklahoma City, OK 73120
John Edward Collins, OBA No. 14205
2008 Dartmouth Ln.
Corsicana, TX 75110